IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CR-30011-DWD |
| | ) |
| LAGARDO R. WRIGHT, | ) |
| AIJEIGH T. MCSHAN, and | ) |
| CEDRIC A. SHEARD, JR., | ) |
| | ) |
| Defendants. | ) |

### ORDER GOVERNING DISCOVERY

**DUGAN, District Judge:**

The Government moves for entry of an Order Governing Discovery (Doc. 46). The Government seeks the entry of a protective order pursuant to Federal Rule of Criminal Procedure 16(d) and relief from its redaction obligations under 5 U.S.C. § 552a(b), which prohibits the disclosure of certain records and personal identifying information ("PII") unless an exception applies or pursuant to a court order. The Government represents that the materials to be disclosed to defense counsel in this matter are voluminous and contain significant PII, the redaction of which would be "impracticable" and cause a significant delay in producing the discovery materials to Defendants' counsels. Defendants' counsels have no objection to the Government's request.

With the agreement of the parties, and the Court having determined that there is good cause of the issuance of this Order Governing Discovery, the Court **GRANTS** the Motion (Doc. 46) and **ORDERS** as follows:

1

1. Pursuant to 5 U.S.C. § 552a(b)(11), the United States is permitted to disclose discovery materials to defense counsel which contain Personal Identifying Information ("PII").

2. Pursuant to Fed. R. Crim. P. 16(d)(1), the Court places the following restrictions on the use and dissemination of materials containing PII: (a) defense counsel are prohibited from publicly disclosing any materials which contain PII; and (b) defense counsel are further prohibited from providing copies of any materials containing PII to their clients. This order does not prohibit defense counsel from reviewing materials containing PII with their clients, provided that copies of these materials are not provided to Defendants.

3. The discovery materials containing PII may be disclosed to co-counsel, office personnel, consultants, or expert witnesses, for the sole purpose of assisting Defendants in preparing, trying, or appealing this matter. Only as much of the materials as may be useful for such purpose may be disclosed. Any person to whom counsel discloses the content of discovery materials as permitted by this Order, must be informed that such material is subject to this Order and is confidential, and must be treated as such.

**SO ORDERED**.

Dated: May 12, 2021

_____
DAVID W. DUGAN
United States District Judge